UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN DILES, | Civil No. C 05-01914 MHP |
| Plaintiff, | [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE |
| v. | |
| SEARIVER MARITIME, INC., | Complaint filed: 5/09/05 |
| Defendant. | |

Upon review of the *Parties' Stipulation for Order Extending Mediation Deadline*, and Good Cause otherwise appearing,

IT IS ORDERED THAT:

1. The deadline to commence mediation in this action is extended to and including March 15, 2006.

2. The case management conference now set in this action for January 23, 2006 is continued to Monday, April 17, 2006 at 3:00 p.m.

//
//
//
//

ORDER EXTENDING MEDIATION DEADLINE
[\diles v seariver maritime, inc.\trialarb\order med.m01]          1

3. The parties are to file a Second Joint Case Management Statement by April 11, 2006.

DATED: January 6, 2006



MARILYN HALL PATEL,
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING MEDIATION DEADLINE
[\diles v seariver maritime, inc.\trialarb\order med.m01]          2