Rex M. Clack, Esq. (SBN 59237)
David E. Russo, Esq. (SBN 112023)
STERLING & CLACK
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California 94105
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for Defendant
SEARIVER MARITIME, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN DILES,<br><br>    Plaintiff,<br><br>vs.<br><br>SEARIVER MARITIME, INC.,<br><br>    Defendant. | Case No.: C 05 01914 MHP<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff ALVIN DILES and defendant SEARIVER MARITIME, INC., appearing through their respective undersigned counsel, hereby agree and stipulate as follows:

1. Defendant SEARIVER MARITIME, INC., shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. The parties are to bear their own costs and attorney fees.

//
//
//
//

1

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE

Case No. C 05 01914 MHP

| | | |
|---|---|---|
| 1 | Dated: 5/16/06 | BERSCHLER ASSOCIATES, PC |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Arnold I. Berschler |
| 5 | | Attorneys for Plaintiff |
| | | ALVIN DILES |

Dated: 5/19/06

STERLING & CLACK

By: _____
Rex M. Clack
Attorneys for Defendant
SEARIVER MARITIME, INC.

ORDER

IT IS SO ORDERED.

DATED: May 26, 2006

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*

IT IS SO ORDERED
Judge Marilyn H. Patel

c:300095/P/StipDismissal

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE

Case No. C 05 01914 MHP